IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WHOLESALE REMARKETING D/B/A A1,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00165-SPW<br><br>**ORDER** |

Upon the Stipulation for Dismissal with Prejudice (Doc. 29) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of May, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge